(Republished.)

■    In the Matter of EL CID LOUNGE, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Determination of respondent unanimously confirmed and the petition dismissed without costs and without disbursements.  The order of this court entered on December 4, 1969, is vacated.  No opinion.  Concur — Stevens, P. J., Eager, McGivern, Markewich and Nunez, JJ.  [33 A D 2d 892.]